UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-7455 JFW (RAO) | Date: | February 23, 2017 |
| Title: | Gregory Leon Young v. Cynthia Tampkins et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**  (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On January 10, 2017, the Court issued an order requiring Plaintiff Gregory Leon Young ("Plaintiff") to update his address or to confirm that his current address of record is correct by January 25, 2017. (Dkt. No. 11.) The Court issued its January 10 Order after a document mailed to the same address of record was returned to the Court by the U.S. Postal service on January 3, 2017 in another pending case in this district involving Plaintiff. (*See* 2:15-cv-09474-JFW-RAO, Dkt. No. 43.) To date, Plaintiff has failed to file any response to the January 10 Order.[1]

IT IS THEREFORE ORDERED that Plaintiff must show cause, in writing, on or before **March 9, 2017**, why this case should not be dismissed due to his failure to obey Court orders. Plaintiff may discharge his obligation to show cause by responding with either an updated address or a confirmation that his address of record, "3833 S. Grand Avenue, Los Angeles, CA, 90037," is correct. **Plaintiff is advised that his failure to comply with this order will result in a recommendation that this case be dismissed for failure to prosecute.**

If Plaintiff no longer wishes to proceed in this action, he may expedite matters by signing and returning the attached **Notice of Dismissal** by the foregoing deadline, which will result in the voluntary dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Attachment.

: 
Initials of Preparer    gr

---

[1] The Court has confirmed that Plaintiff has not filed a response in his other pending case in this district.