JS-6

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEON YOUNG,<br>　　　　Plaintiff,<br>　　v.<br>CYNTHIA Y. TAMPKINS, et al.,<br>　　　　Defendants. | Case No. CV 16-07455 JFW (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: June 1, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE